# Court of Appeals
# of the State of Georgia

ATLANTA,　January 02, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0040.  IN RE VICTOR OGBUEHI.**

On December 21, 2023, the Superior Court of Glynn County held the above-referenced Appellant (incorrectly spelled Ogbuchi in the order) in contempt of court and pursuant to that order, incarcerated him until December 24, 2023 and imposed a $500.00 fine. Appellant was released on December 22, 2023, but the Superior Court directed Appellant to pay the fine within 10 days of the contempt order.

On December 29, 2023, Appellant filed a notice of appeal of that contempt order and, on January 2, 2024, Appellant filed an emergency motion with this Court under Court of Appeals Rule 40 (b), seeking a supersedeas order staying the fine until resolution of his appeal. Upon consideration of Appellant's motion, it is hereby GRANTED.



Court of Appeals of the State of Georgia
Clerk's Office,
Atlanta,　01/02/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.